JAM
F.# 2019R01707

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

YURY OREKHOV,
ARTEM USS,
SVETLANA KUZURGASHEVA,
    also known as "Lana Neumann,"
JUAN FERNANDO SERRANO PONCE,
    also known as "Juanfe Serrano,"
JUAN CARLOS SOTO,
TIMOFEY TELEGIN and
SERGEY TULYAKOV,,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 22-434 (EK)

       Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Artie McConnell, for an order unsealing the above-captioned matter in its entirety.

       WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
              _10/19_____, 2022

                                    *Vera M. Scanlon*
                                    _____
                                    HONORABLE VERA M. SCANLON
                                    UNITED STATES MAGISTRATE JUDGE
                                    EASTERN DISTRICT OF NEW YORK